UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Valley Health System | Case No. ED CV 17-02557-AB |
| | Case in other court: 6:07-BK-18293<br>6:17-AP-01155 PC |
| | ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE |
| | (PURSUANT TO LOCAL RULE 41) |

On February 15, 2018, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. A written response to the Order to Show Cause was ordered to be filed no later than March 1, 2018. No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: April 5, 2018 _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.